# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 JAN 24 P 12:40
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Ethan Moore

v.

(Full name of defendant(s))

Kenosha County Detention Center
David Beth and Guard's John Doe's

D.O.C: Lisa Yestes, Christopher
Lindoff, Prisicilla Lambert, Jon Schubert,
Elizabeth Lemeke, United Hospital
System, Mathew Peterson

Case Number: 20-C-0107

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __the United States__ and resides at
(State)

__3508-22nd Ave, Kenosha WI, 53140__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __N/A__
(Name)

is (if a person or private corporation) a citizen of __N/A__

Complaint – 1

and (if a person) resides at _____N/A_____ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____N/A_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

ON August 3, 2013, At approximately 1:41 a.m. plaintiff was arrested on alleged (OWI) Offense in the Of Pleasant praire, The plaintiff subesuetly brought to the united Hospital system, for a Blood draw. Plaintiff refused to give a Blood draw without first being present with a Search warrant. The plaintiff was taken into an Emergy room at the united Hospital system, Handcuff one arm to a bedrail, while officer Aron Shaffer, Officer Bugaleck, Assisted with officer's John Doe's, while Mathew peterson inserted a Needle into plaintiff Arm, then into the Back of his hand for a Blood draw, It's mandate that they do so, First obtain a search warrant first. Plaintiff retain Attorney Joseph

G. Easton as his Attorney, Atty. Joseph G. Easton submitted to the court motion and motion to suppress the retrieved Blood on 8/3/13. The motion was denied by the Honorable Judge Chad Kerman the trial court Judge on 11/13/14. Plaintiff request his Atty. file an (interluctory appeal) of Judge's ruling or decision, fail to do so. Plaintiff written a letter to the Wisconsin Court of appeals requesting an extension of time to file an (inter-luctory) appeal pro se on his behalf, the request was denied by the Wisconsin Court of Appeals. Joseph G. Easton withdraw from plaintiff Case #13-CT-660. The Court Appointed Atty. Brenda L. Vancuick, Plaintiff request to Atty. Vancuick to file an (interluctory) appeal to the Wisconsin Court of appeals, But fail to do so, Instead coerced the defendant to pleading a plea of No contest. ON 6/6/2016, the court Enter a Judgement of conviction, Lenght 2 yrs. Sentence to (kcdc) Kenosha county detention center without legal authority, No Justification or consent, was force to abide by (kcdc) rules, policies, regulations, against my will, direct order's from (kcdc) Guards, As to Stripe Nake or Else would not be able to go to work, against my will. After plaintiff

Complaint – 3
Case 2:20-cv-00107-NJ   Filed 01/24/20   Page 3 of 6   Document 1

E.    JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __19th__ day of __January__ 20__20__.

   Respectfully Submitted,

   _Ethan Moore_
   Signature of Plaintiff

   _(262) 595-5253_
   Plaintiff's Telephone Number

   _Ethanmoore926@yahoo.com_
   Plaintiff's Email Address

   _Ethan Moore_
   _3508-22nd ave, Kenosha, WI 53140_
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:20-cv-00107-NJ   Filed 01/24/20   Page 4 of 6   Document 1

Complaint cont-3

sentence Expired at (KCdC) Kenosha detention Center, Then place on Probation December 2016, Department of Correction's, thru November 2017, Under (D.O.C) rules, policies, regulations, Direct orders to Blow into (Soberlink) machine's 3 times daily, for Alcohol usage, restraint's Attend Counseling Classes, restraints on My Liberty Movement, No Consent, Without Justification, no Legal authority. Direct Orders, come from their Boss Cheif regional Lisa Yestes; Supervisor's Christopher Lindoff, Jon Shubert; Agent's prisicilla Lambert, Elizabeth Lemeke.

C. **JURISDICTION**

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Demand Jury of peers, reinstate (DL) License immediately Seek money damages $750,000.00 for injury's that is irrepairable, money damages for each Federal laws violated, Constitutional laws violated, state laws violated, Violation plaintiff Constitutional rights, punitive damages, Compensatory damages, restraint's damages illegal deprivation my Liberty. Etc. plaintiff seek damages in Defendant's individual Capacity, official capacity, Jointly and severally